In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands for the Purpose of Opening Remsen Avenue in the Borough of Brooklyn.

GREATER NEW YORK DEVELOPMENT COMPANY et al., Respondents.    (Proceedings Nos. 1 and 2.)

*Matter of City of New York (Remsen Ave.), No. 1,* 153 App. Div. 418, appeal dismissed.
*Matter of City of New York (Remsen Ave), No. 2,* 153 App. Div. 916, appeal dismissed.

(Argued October 23, 1913; decided November 18, 1913.)

APPEAL in the first above-entitled proceeding from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1913, which affirmed an order of Special Term denying a motion to confirm the report of commissioners of estimate and assessment appointed therein.

Appeal in the second above-entitled proceeding from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1913, which affirmed an order of Special Term denying a motion to vacate a prior order which denied a motion to confirm the report of commissioners of estimate and assessment appointed therein.

*Archibald R. Watson, Corporation Counsel (Edward Riegelmann* and *Howard L. Campion* of counsel), for appellant.

*Benjamin Trapnell* for Greater New York Development Company et al., respondents.

*Philip M. Bromberg* and *Hugo Hirsh* for Elmer E. Henderson et al., respondents.

*Ferdinand Pecora* for Elwood Realty Company et al., respondents.

*Charles S. Taber* for David A. Curtin et al., respondents.

Appeals dismissed, with one bill of costs to all respondents; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.